NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**SANDISK CORP.,**
*Plaintiff-Appellant,*

v.

**KINGSTON TECHNOLOGY CO., INC.** AND
**KINGSTON TECHNOLOGY CORP.,**
*Defendants-Cross Appellants.*

_____

2012-1384, -1421

_____

Appeals from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0243, Senior Judge Barbara B. Crabb.

_____

**ON MOTION**

_____

**O R D E R**

The parties jointly move to withdraw their previous motion to reform the caption and for an extension of time, and file another motion to realign the parties with SanDisk Corporation ("SanDisk") as appellant and Kingston Technology Co., Inc. and Kingston Technology Corp. ("Kingston") as cross-appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the previous motion is granted.

(2) The motion to realign the parties is granted. The revised official caption is reflected above. The appellant's brief is due August 13, 2012.

FOR THE COURT

AUG 0 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David M. Barkan, Esq.
     Raoul D. Kennedy, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 6 2012

JAN HORBALY
CLERK